UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, </br> Plaintiff, | ) </br> ) </br> ) | |
| vs. | ) </br> ) | 1:08-cr-00018-LJM-KPF |
| DONELLA LOCKE, </br> Defendant. | ) </br> ) </br> ) | -02 |

## **VERDICT**

As to the crime of wire fraud, in violation of Title 18, United States Code, Sections 1343 and 2, as charged in Count 8 of the Indictment, we, the Jury, find the defendant, Donella Locke:



Not Guilty   Gui**l**ty



FOREPERSON

_18 Sept 2009_
Date

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:08-cr-00018-LJM-KPF |
| | ) | |
| DONELLA LOCKE, | ) | -02 |
| Defendant. | ) | |

## **VERDICT**

As to the crime of wire fraud, in violation of Title 18, United States Code, Sections 1343 and 2, as charged in Count 9 of the Indictment, we, the Jury, find the defendant, Donella Locke:



_____  _____
Not Guilty       Guilty



_____
FOREPERSON

_18 Sept 2009_
Date

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:08-cr-00018-LJM-KPF |
| | ) | |
| DONELLA LOCKE, | ) | -02 |
|     Defendant. | ) | |

## **VERDICT**

As to the crime of wire fraud, in violation of Title 18, United States Code, Sections 1343 and 2, as charged in Count 10 of the Indictment, we, the Jury, find the defendant, Donella Locke:



_____    _____
Not Guilty    Guilty



_____    18 Spt 2009
FOREPERSON                Date

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:08-cr-00018-LJM-KPF |
| | ) | |
| DONELLA LOCKE, | ) | -02 |
| Defendant. | ) | |

## **VERDICT**

As to the crime of wire fraud, in violation of Title 18, United States Code, Sections 1343 and 2, as charged in Count 11 of the Indictment, we, the Jury, find the defendant, Donella Locke:

_____  ▓▓▓▓▓
Not Guilty  Gu̶ilty

▓▓▓▓▓▓▓▓▓▓▓▓▓▓
FOREPERSON

18 Sept 2009
Date

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:08-cr-00018-LJM-KPF |
| | ) | |
| DONELLA LOCKE, | ) | -02 |
| Defendant. | ) | |

### **VERDICT**

As to the crime of wire fraud, in violation of Title 18, United States Code, Sections 1343 and 2, as charged in Count 14 of the Indictment, we, the Jury, find the defendant, Donella Locke:

███
———————  ———————
Not Guilty    Guilty

███
———————
FOREPERSON

18 Sept 2009
———————
Date