UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No.  1:08-cr-00018-LJM-KPF-2 |
| | ) | |
| DONELLA LOCKE, | ) | |
| | ) | |
| Defendant. | ) | |

**SENTENCING MEMORANDUM RELATING TO RESTITUTION**

The parties will be engaged in a resentencing hearing on Friday November 18, 2011.  In addition to the legal issues relating to the Seventh Circuit decision that directed the resentencing, the government will seek the same amount of restitution as was ordered at the original sentencing.   The government tenders the following amounts in support of the numbers that were in the original PSR for Donella Locke, and the basis for this Court's order.   These numbers had also been previously submitted to the probation officer, who consolidated amounts for any particular victim lender.   Prior to the original sentencing date, the government had received numbers for all but two properties.  Sometimes, there are two victim lenders listed because there was a first and second mortgage.  Sometimes the mortgages were sold, and sometimes the original lending institution kept the note.

1

**Restitution should be made in the following amounts:**

●GN Mortgage Guaranty Bank (Count 2): $58,289 + $85 (sheriffs sale costs) = $58,374.

      **The restitution should go to:**

      **Guaranty Bank, FSB**
      **4000 West Brown Deer Road, 3rd Floor**
      **Brown Deer, WI 53209-1221**
      **$58,374**

●Argent Mortgage (Count 7) : $42,977 + $85 (sheriffs sale costs) = $43,062.

      **The restitution should go to**

      **Deutsche Bank**
      **60 Wall Street**
      **New York, NY 10005**
      **$43,062**

●Argent Mortgage (Count 8): $98,653 + $275 (sheriffs sale costs) = $98,928

      **The restitution should go to--**
      **Wells Fargo**
      **51 E. Bethpage Rd.**
      **Plainview, NY 11803**

●WMC Mortgage (Count 9): $202,738 + $275 (sheriffs sale costs) = $203,013

      **The restitution should go to two servicers–**

      **HomeComings Financial LLC**
      **2711 North Haskell, Ste. 900**
      **Dallas, TX 75204**
      **$162,465**

      **Home Vest LLC**
      **6701 Carmel Road, Ste. 110**
      **Charlotte, NC 28226**
      **$40,547**

●People's Choice (Count 10) $36,390 + $69.51 = 36,459.51

**The restitution should go to–**

**HSBC Bank USA, NA**
**7515 Irvine Center Dr.**
**Irvine, CA 92168**

●Network Funding (Count 11) $51,000 + $275 = $51,275

**The restitution should go to–**

**EMC Mortgage**
**2780 Lake Vista Dr.**
**Lewisville, TX 75067-3884**

●Fremont Investing (Count 14) $34,000

**The restitution should go to**

**Fremont Reorganizing Corp.f/k/a Fremont Investment & Loan**
**2727 E. Imperial Highway**
**Brea, CA 92821**
**$34,000**

● Decision One Mortgage (Count 20) $183,154

**The restitution should go to two servicers-**

**HomeComings Financial LLC**
**2711 North Haskell, Ste. 900**
**Dallas, TX 75204**
**$146,523**

**Saxon Mortgage Services**
**4708 Mercantile Dr. North**
**Fort Worth, TX 76137-3605**
**$36,630**

● Mortgage IT (Count 26): $346,274

  **Restitution should be sent to:**

  **America's Servicing Company**
  **2701 Wells Fargo Way MAC x9999-019**
  **Minneapolis, MN 55467-8000**
  **$277,019**

  **Cenlar FSB**
  **425 Phillips Blvd**
  **Ewing, NJ 08618-1430**
  **$69,255**

● Mortgage IT (Count 28) $304,607 + $275 (sheriffs sale costs) = $304,882

  **The restitution should go to two servicers--**

  **Deutsche Bank**
  **60 Wall Street**
  **New York, NY 10005**
  **$243,961**

  **Green Tree Servicing LLC**
  **345 St. Peter St.**
  **St. Paul, MN 55102**
  **$60,921**

● Freedom Home Mortgage (Count 29) $258,928

  **The restitution should go to two servicers–**

  **HomeComings Financial LLC**
  **2711 North Haskell, Ste. 900**
  **Dallas, TX 75204**
  **$207,142**

  **Irwin Home Equity**
  **12677 Alcosta Blvd., Ste. 500**
  **San Ramon, CA 94583**
  **$51,786**

- Freedom Home Mortgage (Count 34) $742,151 + $416 = $742,567

  **The restitution should go to two servicers–**

  **HomeComings Financial LLC**
  **2711 North Haskell, Ste. 900**
  **Dallas, TX 75204**
  **$594,137**

  **Irwin Home Equity**
  **12677 Alcosta Blvd., Ste. 500**
  **San Ramon, CA 94583**
  **$148,430**

**Total restitution of $2.30,916**

Additionally, in preparation for this hearing, the government has found the restitution for the two counts that were not submitted at Locke's first sentencing.  While the government is not seeking restitution be ordered for these counts because it might be deemed to exceed the scope of the remand, the Court is free to consider the additional loss to lenders within the 3553(a) factors:

**Count 3:** The original loan amount was $477,000, however the subsequent sales price to the arm's length transaction buyer following the investigation was $283,000 for a difference of $193,500.   U.S. Bank was the victim bank that absorbed this loss.

**Count 5:** The original loan amount was $440,910, however, the subsequent sales price to the arm's length transaction buyer following the investigation was $364,000 for a difference of $76,910.   Deutsche Bank was the victim bank that absorbed this loss.

5

**CONCLUSION**

This Court should order the same restitution amounts as it ordered before.

Respectfully submitted,


JOSEPH H. HOGSETT
United States Attorney

By:      /s/ Gayle L. Helart
       Gayle L. Helart
       Assistant United States Attorney
       Office of the United States Attorney
       10 W. Market St., Suite 2100
       Indianapolis, Indiana 46204-3048
       Telephone: (317) 226-6333
       Fax: (317) 226-6125
       E-mail: Gayle.Helart@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2011, a copy of the foregoing Sentencing

Memorandum Relating to Restitution was filed electronically.  Notice of this filing will be sent

to the following parties by operation of the Court's electronic filing system.  Parties may access

this filing through the Court's system.

Abigail Lynn Seif
EPSTEIN COHEN DONAHOE & MENDES

Email: abbyhur@aol.com

I hereby certify that on , a copy of the foregoing Sentencing Memorandum Relating to
Restitution was mailed, by first class U.S. Mail, postage prepaid and properly addressed, to the
following:


Barry Levenstam
JENNER & BLOCK
353 N. Clerk Street
Chicago, IL 60654

Joel T. Pelz
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456

Landon S. Raiford
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456


Catherine L. Steege
JENNER & BLOCK LLLP
353 N. Clark Street
Chicago, IL 60654-3456
312-840-7293

By:     /s/ Gayle L. Helart
        Gayle L. Helart
        Assistant United States Attorney
        Office of the United States Attorne